454 A.2d 159

Soifer v. Soifer, Appellant.

Argued September 9, 1982. Donald E. Wydrzynski, for appellant; George P. Noel, for appellee.

Before BROSKY, ROWLEY and MONTGOMERY, JJ.

Appeal quashed.